UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>LOUIS D. COLEMAN, III,<br><br>Defendant | Criminal No. 19cr10113<br><br>Violation:<br><br>Count One: Kidnapping Resulting in Death<br>(18 U.S.C. § 1201(a)(1)) |

# INDICTMENT

## COUNT ONE
Kidnapping Resulting in Death
(18 U.S.C. § 1201(a)(1))

The Grand Jury charges:

On or about February 24, 2019, in the District of Massachusetts, and elsewhere, the defendant,

LOUIS D. COLEMAN, III,

did unlawfully seize, confine, inveigle, decoy, kidnap, abduct, and carry away and hold, for ransom and reward and otherwise, Jassy Correia, when Ms. Correia was willfully transported in interstate commerce, and when Louis D. Coleman, III traveled in interstate commerce in committing and in furtherance of the commission of offense, resulting in the death of Ms. Correia.

All in violation of Title 18, United States Code, Section 1201(a)(1).

1

A TRUE BILL

_____
FOREPERSON

_____
KENNETH G. SHINE
ASSISTANT UNITED STATES ATTORNEY
DISTRICT OF MASSACHUSETTS

District of Massachusetts: APRIL 4, 2019
Returned into the District Court by the Grand Jurors and filed.

_____
DEPUTY CLERK

4/4/2019
@ 11:30 Am