AO 458 (Rev. 10/95 - Rev. D. MA 2/07) Appearance - Criminal

# UNITED STATES DISTRICT COURT

## DISTRICT OF MASSACHUSETTS

| UNITED STATES OF AMERICA V. | APPEARANCE |
|---|---|
| Louis D. Coleman III | Case Number: 19-cr-10113-FDS |

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

The Defendant, Louis D. Coleman, III

I certify that I am admitted to practice in this court.

Attorney Designation in Criminal Cases:

- [✓] CJA Appointment
- [ ] Federal Public Defender
- [ ] Retained
- [ ] Pro Bono

| 4/5/2019 | David P. Hoose | Digitally signed by David P. Hoose Date: 2019.04.05 15:16:54 -04'00' |
|---|---|---|
| Date | Signature | |
| | David P. Hoose | 239400 |
| | Print Name | Bar Number |
| | 100 Main Street | |
| | Address | |
| | Northampton | MA | 01060 |
| | City | State | Zip Code |
| | (413) 586-4800 | (413) 582-6419 |
| | Phone Number | Fax Number |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that this Appearance, filed through the Electronic Case Filing System, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

                                              /s/ David P. Hoose
                                              David P. Hoose, Esq.