UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | |
| | ) | **CRIMINAL NO. 19-10113-FDS** |
| **LOUIS D. COLEMAN, III,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## JOINT STATUS REPORT

The parties respectfully provide this status report pursuant to Local Rule 116.5(A):

(1) The discovery in this matter is voluminous, involving materials collected and generated by multiple law enforcement agencies across three states.   The government made an initial production of materials on May 7, 2019 and intends to make a further production on or before June 14, 2019.   The government is awaiting the receipt of some final materials and anticipates being in a position to provide them to the defendant on or before July 15, 2019.   There are no pending discovery requests.

(2) The government anticipates being in a position to complete automatic discovery by July 15, 2019.

(3) The defendant requests that the timing of requests for additional discovery be deferred until the defendant has had the opportunity to review automatic discovery.

(4) The parties do not seek protective orders at this juncture but each party reserves the right to do so in the future.

(5) The defendant requests that the timing of pretrial motions be deferred to the interim

1

status conference.

(6)  The parties request that the timing of expert witness disclosures be deferred to the interim status conference.

(7)  This Court previously has excluded the period from the defendant's arraignment on April 9, 2019 to June 14, 2019 from the calculation of the time by which this case must be tried under the Speedy Trial Act ("STA").   The parties respectfully request that the Court further exclude the period between June 14, 2019 and the date of the next status conference from said calculation.   The parties agree that, consistent with 18 U.S.C. § 3161(h)(7)(A), the ends of justice served by continuing the matter from June 14, 2019 to the date of the next status conference outweigh the best interest of the public and the defendant in a speedy trial, given that said period will enable the government to provide further discovery and will enable the defendant to review said materials.   Accordingly, the parties respectfully request that this Court find said period of time excludable under the STA pursuant to 18 U.S.C. § 3161(h)(7)(A).

(8)  The parties request that the Court set an interim status conference for a date approximately 60 days hence.

The parties respectfully submit that the information contained herein obviates the need for the conference on June 14, 2019 and therefore respectfully request that the Court waive said

conference.

                                    Respectfully submitted,

                                    ANDREW E. LELLING
                                    United States Attorney

                    By:     /s/Robert E. Richardson
                            KENNETH M. SHINE
                            WILLIAM F. ABELY
                            ROBERT E. RICHARDSON
                            Assistant U.S. Attorneys


                            LOUIS D. COLEMANN, III

                    By:     /s/Jane F. Peachy, Esq. (rer)
                            JANE F. PEACHY, ESQ.
                            DAVID P. HOOSE, ESQ.
                            WADE ZOLYNSKI, ESQ.
                            Counsel for the Defendant

## CERTIFICATE OF SERVICE

Suffolk, ss.:                       Boston, Massachusetts
                                    June 11, 2019


        I, Robert E. Richardson, hereby certify that this document filed through the ECF system
will be sent electronically to the registered participants as identified on the Notice of Electronic
Filing (NEF).

                                    /s/Robert E. Richardson
                                    ROBERT E. RICHARDSON