```
                   UNITED STATES DISTRICT COURT
                    DISTRICT OF MASSACHUSETTS


UNITED STATES OF AMERICA       )
                               )
          v.                   )    Criminal No: 19-10113-FDS
LOUIS D. COLEMAN, III          )
          Defendant.           )
```

**JOINT INTERIM STATUS REPORT**

Pursuant to Local Rule 116.5(b), the parties hereby file the following Interim Status Report prepared in connection with the Interim Status Conference scheduled for August 16, 2019.  In light of this filing, the parties jointly request that the Court cancel the August 16, 2019 Interim Status Conference and reschedule to a date 60 days hence.

**(1)(2)(3) Automatic Discovery/Pending Discovery Requests**

The Government has provided voluminous automatic discovery in this case. The defendant is in the process of reviewing the discovery delivered to date.  The Government anticipates producing additional automatic discovery.  The defendant will make discovery requests when automatic discovery is complete.

**(4)   Protective Orders**

It does not presently appear that any protective orders are anticipated by the parties. Should that change, the parties will address those issues promptly.

**(5) Pretrial Motions**

The defendant will decide whether any pretrial motions will be filed once the discovery process is complete.

**(6) Expert Disclosure**

The government will provide expert disclosure 45 days prior to trial and the defendant will provide expert disclosure 14 days prior to trial.

**(7) Speedy Trial Clock**

The parties agree that all periods have been previously excluded under the Speedy Trial Clock.  The parties also agree that the period from the Interim Appearance to the next Interim Status Conference should also be excluded.

**(8) Defense of Insanity or Alibi**

The defendant has not indicated if he plans to pursue a defense of insanity or alibi.

**(9) Status of Plea Discussions and Estimated Length of Trial**

The parties have not discussed a plea agreement.  The discovery process is ongoing. If this matter continues to trial, the Government estimates 3 weeks of trial presentation.

**(10) Interim Status Conference**

The parties respectfully request that the Court cancel the Interim Status Conference and schedule another Interim Status Conference to occur 60 days hence. The parties respectfully request that the Court exclude the period between August 16, 2019 and the next Interim Status Conference be excluded from all Speedy Trial calculations.

Respectfully submitted,

ANDREW E. LELLING
United States Attorney

By: **/s/ Kenneth G. Shine**
    KENNETH G. SHINE
    ROBERT E. RICHARDSON
    WILLIAM F. ABELY
    Assistant U.S. Attorneys

LOUIS D. COLEMAN, III

By: **/s/ Jane F. Peachy, Esq.**
    JANE F. PEACHY, ESQ
    DAVID P. HOOSE, ESQ.
    WADE ZOLYNSKI, ESQ.

**CERTIFICATE OF SERVICE**

    This is to certify that I have this day served a copy of the foregoing upon all counsel of record by electronic filing notice.

**/s/ Kenneth G. Shine**
KENNETH G. SHINE
Assistant U.S. Attorney