**FEDERAL PUBLIC DEFENDER OFFICE**
DISTRICT OF MASSACHUSETTS
51 SLEEPER STREET, 5TH FLOOR
BOSTON, MASSACHUSETTS 02210

TELEPHONE: 617-223-8061
FAX: 617-223-8080

October 5, 2019

**VIA EMAIL**

Assistant U.S. Attorney Kenneth G. Shine
Assistant U.S. Attorney Robert E. Richardson
Assistant U.S. Attorney William F. Abely
United States Attorney's Office
One Courthouse Way, Suite 9200
Boston, MA 02210

>   RE:   United States v. Louis Coleman
>         No. 19-cr-10113-FDS

Dear AUSA Shine, AUSA Richardson, and AUSA Abely:

Pursuant to the procedure set forth in Local Rule 116.3(a), we are writing to request the following additional discovery. We understand that the government's production of automatic discovery is not yet complete. For example, you have indicated that you will providing extraction data from Mr. Coleman's cell phone, laptop computer, tower computer, and car once we provide you with the necessary storage media. Nonetheless, we are requesting these specific items of discovery at this time. Discovery of these items is required under Fed. R. Crim. P. 16, Local Rule 116.1(c), Local Rule 116.2(b), *Brady v. Maryland*, 373 U.S. 83 (1963) and its progeny, or for other reasons specified below.

1. Reports of testing or examination of the red Buick LeSabre, CA reg. 7WYA891, including but not limited to, photographs, notes pertaining to any examination of and collection of evidence from the vehicle, and results of any forensic testing.

2. An opportunity to inspect all physical items of evidence seized as a result of the execution of the search warrant for 95 Chestnut Street, Providence, as well as any other physical items of evidence collected by law enforcement in Rhode Island.

3. Reports of any forensic testing or examinations done at 95 Chestnut Street, Providence, or on items collected from that location.

4. Police reports authored by Providence police relating to this case.

5. Copies of any additional Rhode Island search warrants, applications, and returns (as referenced in your letter of May 7, 2019).

6. Recording of Louis Coleman's interview by Providence Police detectives in Delaware shortly after his arrest.

7. Results of any testing done on the DNA buccal swab, fingernail scrapings, and clothing collected from Louis Coleman immediately after his arrest in Delaware.

8. NCIC records of Aja Hiltz, Reginald Thomas, Yvania Mondesir, and Jassy Correia.

9. Videos and pictures that witnesses Mondesir and Hiltz showed to law enforcement during their interviews previously provided in discovery.

10. Extraction data from Jassy Correia's phone, including, but not limited to, communications she had with any other people on the evening of February 23-24, 2019.

11. Final death certificate of Jassy Correia.

12. Results of sexual assault kit collected from Jassy Correia.

13. Standard litigation packet relating to the toxicology post-mortem laboratory report.

14. Digital copies of the autopsy photographs.

15. Warrant, subpoena, and/or request to track Louis Coleman's location via the OnStar system installed on the Buick LeSabre, as well as any information or data provided by OnStar in reponse.

16. Disclosure of the use of any facial recognition software or other technology used to assist law enforcement in identifying Louis Coleman as a suspect in this case.

17. Copies of the subpoenas issued to the various entities who produced documents in response to those subpoenas, which documents were produced at Bates LC 3071- LC 3520.

18. Any statements of witnesses that tend to negate the defendant's guilt on the elements of the crime charged in the indictment, or that is mitigating in some other regard.

Lastly, please provide another copy of LC 1454, one of the videos from the Animal Rescue League. The one provided to us skips over a a period of time in the middle of the video. Please also provide another copy of the LC 1448, LC 1450, and LC 1449, which freeze at certain points in the video.

Please note that we may make additional discovery requests after reviewing additional discovery that is produced. Please call if you have any questions regarding these requests.

          Sincerely,

          */s/ Jane Peachy*
          Jane Peachy
          Assistant Federal Public Defender

## CERTIFICATE OF SERVICE

I, Jane Peachy, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants(s) as identified on the Notice of Electronic Filing (NEF) on October 5, 2019.

          */s/ Jane Peachy*
          Jane Peachy