UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS


UNITED STATES OF AMERICA        )
                                )
           v.                   )     Criminal No: 19-10113-FDS
LOUIS D. COLEMAN, III           )
           Defendant.           )

## JOINT INTERIM STATUS REPORT

   Pursuant to Local Rule 116.5(b), the parties hereby file
the following Interim Status Report prepared in connection with
the Interim Status Conference scheduled for January 24, 2020.

### (1)(2)(3) Automatic Discovery/Pending Discovery Requests

   The Government has provided voluminous automatic discovery
in this case. On October 5, 2019 and on December 10, 2019, the
defendant requested additional discovery.  The Government has
responded to these requests, including by providing additional
discovery, and is in the process of completing its production of
materials pursuant to these requests.  The defendant reserves
the right to make additional discovery requests when the
Government's production is complete.

### (4) Protective Orders

   It does not currently appear that any protective orders are
anticipated by the parties. Should that change, the parties will
address those issues promptly.

### (5) Pretrial Motions

   The defendant will decide whether any pretrial motions will
be filed once the discovery process is complete.

**(6)  Expert Disclosure**

The parties propose that the government provide expert disclosure 45 days prior to trial and the defendant provide expert disclosure 14 days prior to trial.

**(7)  Speedy Trial Clock**

The parties agree that all periods have been previously excluded under the Speedy Trial Clock.  The parties also agree that the period from the Interim Appearance to the next Interim Status Conference should also be excluded.

**(8)  Defense of Insanity or Alibi**

The defendant requests that the issue of whether he intends to pursue a defense of insanity, public authority, or alibi be deferred to the next status conference.

**(9)  Status of Plea Discussions and Estimated Length of Trial**

The parties have not engaged in plea discussions to date. If this matter continues to trial, the Government estimates 3 weeks of trial presentation.

**(10)  Interim Status Conference**

The parties respectfully request that the Court schedule another Interim Status Conference to occur 45 days hence. The parties respectfully request that the Court exclude the period between January 24, 2020, and the next Interim Status Conference be excluded from all Speedy Trial calculations pursuant to 18 U.S.C. § 3161(h)(7)(A) on the ground that the ends of justice served by continuing the matter to facilitate the discovery process outweigh the best interest of the public and the defendant in a speedy trial.

Respectfully submitted,

ANDREW E. LELLING
United States Attorney

By:  */s/ Kenneth G. Shine*
KENNETH G. SHINE
ROBERT E. RICHARDSON
WILLIAM F. ABELY
Assistant U.S. Attorneys

LOUIS D. COLEMAN, III

By:  */s/ Jane F. Peachy, Esq.*
JANE F. PEACHY, ESQ
DAVID P. HOOSE, ESQ.
WADE ZOLYNSKI, ESQ.

## CERTIFICATE OF SERVICE

This is to certify that I have this day served a copy of the foregoing upon all counsel of record by electronic filing notice.

*/s/ Kenneth G. Shine*
KENNETH G. SHINE
Assistant U.S. Attorney

3