UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No: 19-10113-FDS |
| LOUIS D. COLEMAN, III | ) | |
| Defendant. | ) | |

**JOINT INTERIM STATUS REPORT**

Pursuant to Local Rule 116.5(b), the parties hereby file the following Interim Status Report prepared in connection with the Interim Status Conference scheduled for March 26, 2020.

**(1)(2)(3) Automatic Discovery/Pending Discovery Requests**

The Government has provided voluminous automatic discovery in this case, which the defense is still reviewing. On October 5, 2019 and on December 10, 2019, the defendant requested additional discovery. The Government has responded to these requests, including by providing additional discovery, and is in the process of completing its production of materials pursuant to these requests. The defendant reserves the right to make additional discovery requests when the Government's production is complete.

In addition, the defendant filed a motion pursuant to Fed. R. Crim. P. 17(c)(1) for records pertaining to law enforcement's warrantless real-time tracking of Coleman's vehicle and cellular telephone. That motion was allowed, and subpoenas have been served on the record holders, but the ordered records have yet to be produced.

**(4) Protective Orders**

No protective orders are anticipated by the parties at this time. Should that change, the parties will address those issues promptly.

4

**(5) <u>Pretrial Motions</u>**

The defendant will decide whether any additional pretrial motions will be filed once the discovery process is complete.

**(6) <u>Expert Disclosure</u>**

The parties propose that the government provide expert disclosure 45 days prior to trial and the defendant provide expert disclosure 14 days prior to trial.

**(7) <u>Speedy Trial Clock</u>**

The parties agree that all periods have been previously excluded under the Speedy Trial Clock.  The parties also agree that the period from the Interim Appearance to the next Interim Status Conference should also be excluded.

**(8) <u>Defense of Insanity or Alibi</u>**

The defendant requests that the issue of whether he intends to pursue a defense of insanity, public authority, or alibi be deferred to the next status conference.

**(9) <u>Status of Plea Discussions and Estimated Length of Trial</u>**

The parties have not engaged in plea discussions to date. If this matter continues to trial, the Government estimates 3 weeks of trial presentation.

**(10) <u>Interim Status Conference</u>**

In light of the COVID-19 pandemic, and the extraordinary precautions being taken in response to the pandemic, the parties anticipate some delay in the production and review of additional discovery. The parties respectfully request that the Court cancel the status conference scheduled for March 26, 2020, and schedule another Interim Status Conference to occur 45 days

4

hence.

The parties respectfully request that the Court exclude the period between March 26, 2020, and the next Interim Status Conference be excluded from all Speedy Trial calculations pursuant to 18 U.S.C. § 3161(h)(7)(A) on the ground that the ends of justice served by continuing the matter to facilitate the discovery process outweigh the best interest of the public and the defendant in a speedy trial.

        Respectfully submitted,

        ANDREW E. LELLING
        United States Attorney

By:  **/s/ Kenneth G. Shine**
     KENNETH G. SHINE
     ROBERT E. RICHARDSON
     WILLIAM F. ABELY
     Assistant U.S. Attorneys

     LOUIS D. COLEMAN, III

By:  **/s/ Jane F. Peachy, Esq.**
     JANE F. PEACHY, ESQ
     DAVID P. HOOSE, ESQ.
     WADE ZOLYNSKI, ESQ.

## CERTIFICATE OF SERVICE

This is to certify that I have this day served a copy of the foregoing upon all counsel of record by electronic filing notice.

        **/s/ Jane F. Peachy**
        JANE F. PEACHY