UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | )   Criminal No. 19-10113-FDS |
| | ) |
| LOUIS D. COLEMAN, III. | ) |

**DEFENDANT'S MOTION TO FILE A PORTION OF HIS
REPLY UNDER SEAL AND TO FILE EXHIBITS UNDER SEAL**

Defendant, Louis D. Coleman, III, moves for permission to file a portion of his reply to the government's opposition under seal. He also moves to file sealed exhibits to that portion of his reply that is public.

The government filed a portion of its opposition under seal in order to protect the victim's privacy. Mr. Coleman, accordingly, moves to reply to the government's sealed opposition with a sealed reply.

Like the government's opposition, a portion of Mr. Coleman's reply will not be under seal. He also intends to file exhibits to the public portions of his reply. He moves that those exhibits be filed under seal to protect witness identities. For this same reason, the parties have used initials throughout their written arguments when referring to witnesses.

LOUIS D. COLEMAN, III
By his attorneys,

*/s/ Wade Zolynski*
Wade Zolynski
  MT Bar No. 6088
*/s/ Jane Peachy*
Jane Peachy
  B.B.O. No. 661394
Federal Defender Office
51 Sleeper Street
Boston, MA  02210
Tel: 617-223-8061

1

*/s/ David P. Hoose*
David P. Hoose
 B.B.O. No. 239400
Sasson, Turnbull, Ryan & Hoose
100 Main Street
Northampton, MA 01060
Tel: 413-586-4800 Ext. 107

**CERTIFICATE OF SERVICE**

I, Wade Zolynski, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on September 21, 2020.

*/s/ Wade Zolynski*
Wade Zolynski
