## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | **CRIMINAL NO. 19-10113-FDS** |
| | ) | |
| **LOUIS D. COLEMAN, III** | ) | |

### GOVERNMENT'S OBJECTIONS TO CHIEF MAGISTRATE JUDGE'S ORDER AND ASSENTED-TO MOTION TO ENLARGE TIME

Pursuant to Fed. R. Crim. P. 59(a) and Rule 2(b) of the Rules for United States Magistrate Judges in the United States District Court for the District of Massachusetts, the government respectfully objects to so much of Chief Magistrate Judge M. Page Kelley's Order of November 17, 2020 as (1) denied the government's motion to reconsider and adhered to the court's prior order that the government provide certain documents to the defendant in order to prepare to mitigate a potential death penalty, and (2) ruled that said documents constitute exculpatory material under *Brady v. Maryland,* 373 U.S. 83 (1963).[1]

The government further respectfully moves this Court to enlarge its time to file memoranda in support of its objections, to and including December 4, 2020. In support thereof, the government states that certain aspects of the Order, including in particular the ruling that the materials constitute *Brady* material, have not previously been researched or briefed by the government, and that the additional time will enable the government to produce a filing that will provide greater assistance to the Court in resolving the issues raised by the government's objections.

---

[1] Chief Judge Kelley has stayed her Order to enable the government to pursue its objections to the Order. *See* Rule 2(c) of the Rules for United States Magistrate Judges in the United States District Court for the District of Massachusetts.

The defendant, through counsel, has expressed his assent to the allowance of the government's motion to enlarge its time to file its memoranda.

Respectfully submitted,

ANDREW E. LELLING
United States Attorney

By:   /s/Robert E. Richardson
      WILLIAM ABELY, II
      KENNETH G. SHINE
      ROBERT E. RICHARDSON
      Assistant U.S. Attorneys

## CERTIFICATE OF SERVICE

Suffolk, ss:                                                                         December 1, 2020

I, Robert E. Richardson, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

    /s/Robert E. Richardson
    ROBERT E. RICHARDSON