# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | **CRIMINAL NO. 19-10113-FDS** |
| | ) | |
| **LOUIS D. COLEMAN, III** | ) | |
| | ) | |

## ASSENTED-TO MOTION TO CONTINUE STATUS CONFERENCE

The United States of America hereby respectfully asks the Court to reschedule the status conference presently set for tomorrow, May 7, at 10:30am. In support of this motion, the United States submits that each of the three undersigned counsel now has a conflict with the scheduled time for the hearing, to include an unforeseen medical appointment and a family funeral. In addition, counsel to Defendant assents to this motion.

The United States respectfully requests that this status conference be rescheduled in approximately one week at a time convenient for the Court.

                                                  Respectfully submitted,

                                                  Nathaniel R. Mendell
                                                  Acting United States Attorney

By:   */s/William F. Abely*
        WILLIAM F. ABELY
        KENNETH G. SHINE
        ROBERT E. RICHARDSON
        Assistant U.S. Attorneys

Date: May 6, 2021

## CERTIFICATE OF SERVICE

I hereby certify that this sealed filing will be filed via ECF and thereby served on all counsel of record for Defendant Louis D. Coleman III.

/s/ *William F. Abely*
William F. Abely