UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 19-10113-FDS |
| | ) | |
| LOUIS D. COLEMAN, III | ) | |
| | ) | |

**GOVERNMENT'S NOTICE REGARDING THE DEATH PENALTY**

The United States hereby provides notice that it will not seek the death penalty against Defendant Louis Coleman.

Respectfully submitted,

Nathaniel R. Mendell
Acting United States Attorney

By:   /s/Kenneth G. Shine
KENNETH G. SHINE
ROBERT E. RICHARDSON
WILLIAM F. ABELY
Assistant U.S. Attorneys

Date: November 4, 2021

**CERTIFICATE OF SERVICE**

I hereby certify that this filing will be filed via ECF and thereby served on all counsel of record for Defendant Louis D. Coleman III.

/s/ Kenneth G. Shine
KENNETH G. SHINE