UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **v.** | ) | **Criminal No. 19-10113-FDS** |
| | ) | |
| **LOUIS D. COLEMAN, III** | ) | |

### ASSENTED TO MOTION FOR NOTICE OF RULE 404(b) EVIDENCE

The defendant, Louis Coleman, hereby moves this Honorable Court for an order setting a deadline of March 21, 2022 by which the government must provide the defendant with initial notice of any evidence of crimes, wrongs, or other acts it intends to introduce at trial pursuant to Fed. R. Evid. 404(b). Specifically, the defendant requests that the government provide written notice of any such evidence they intend to offer at trial, and that they "articulate in the notice the permitted purpose for which the prosecutor intends to offer the evidence and the reasoning that supports the purpose." Fed. R. Evid. 404(b)(3). As grounds for this request, the defendant states that this case is scheduled for trial on May 3, 2022. This Court has set a deadline of March 22, 2022 for filing of motions in limine. The defendant requests that the government provide notice of any intended 404(b) evidence by this date, so that the defendant has an opportunity to object to the admissibility of such evidence by the date set for oppositions to in a motion in limine, April 4, 2022.

The government assents to this motion.

LOUIS D. COLEMAN, III
By his attorneys,

*/s/ Wade Zolynski*
Wade Zolynski
  MT Bar No. 6088

*/s/ Jane Peachy*
Jane Peachy
  B.B.O. No. 661394
Federal Defender Office
51 Sleeper Street
Boston, MA  02210
Tel: 617-223-8061

*/s/David P. Hoose*
David P. Hoose
  B.B.O. No. 239400
Sasson, Turnbull, Ryan & Hoose
100 Main Street
Northampton, MA 01060
Tel: 413-586-4800 Ext. 107

**CERTIFICATE OF SERVICE**

    I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on March 8, 2022.

*/s/Jane F. Peachy*
Jane F. Peachy
