UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>LOUIS COLEMAN, III,<br><br>Defendant. | Criminal No. 19-10113-FDS |

# GOVERNMENT'S AMENDED WITNESS LIST

The United States of America, by its undersigned attorneys, submits this witness list to identify the individuals whom, at the present time, it expects it may call in its case in chief at trial in this matter. The government reserves the right to supplement this list and will notify counsel for the defendant of any changes promptly.

## Witnesses Likely To Be Called

1. Tamer Alqasir
   Georgetown, MA

2. Loveth Anumele
   Peabody, MA

3. K.B.
   [Subject to protective order]

4. Christopher Beckstrom
   Special Agent, FBI, New England Regional Computer Forensics Lab

5. Zachary Brune
   Special Agent, FBI

6. Eric Bulman
   Boston Police Department

7. Scott Burris
   Delaware State Police

8. Steve Burtman
   Lowell, MA

9. Rosina Castro
   Lawrence, MA

10. Chrystal Cauley
    Biologist, FBI Lab, DNA Casework Unit

11. Ralph Constantino
    Providence Police Department

12. Roger Cresto
    Delaware State Police

13. Zachary Curran
    Biologist, FBI Lab, DNA Casework Unit

14. Dean Davis
    Providence, RI

15. Winston Deleon
    Boston Police Department

16. Julia Festa
    New York, New York

17. Hasan Halis
    Delaware State Police

18. Ismael Henriquez
    Boston Police Department

19. Aja Hiltz
    Springfield, MA

20. L.H.
    [Subject to protective order]

21. Kevin Hoyland
    Special Agent, FBI CAST

2

22. Richard Lewis
    Boston Police Department

23. Sixto Merced
    Boston Police Department

24. Yvania Mondesir
    Dorchester, MA

25. Joao Monteiro
    Boston Police Department

26. Michelle O. Morris
    Biologist, FBI Lab, DNA Casework Unit

27. Paul Murphy
    Boston Police Department

28. Daniel O'Connell
    Providence Police Department

29. Timothy O'Hara
    Providence Police Department

30. Thomas O'Leary
    Boston Police Department

31. Anthony Pantalone
    Delaware State Police

32. Clayton Phelps
    Special Agent, FBI

33. Melissa Ramirez
    Biologist, FBI Lab, DNA Casework Unit

34. Holly Rhodes
    Biologist, FBI Lab, DNA Casework Unit

35. Anthony Serra
    Boston Police Department

36. Jason Shelton
    Somerset, MA

37. Jessica Smith
    Toxicologist, State of Delaware, Department of Safety and Homeland Security, Division of Forensic Science

38. Tiffany Smith
    Forensic Examiner, FBI Lab, DNA Casework Unit

39. Ted Stipa
    Delaware State Police

40. Matthew Taylor
    Delaware State Police

41. Reginald Thomas
    Enfield, CT

42. Jennie Vershvovsky
    Medical Examiner, State of Delaware, Department of Safety and Homeland Security, Division of Forensic Science

43. Margaret Waldron
    Biologist, FBI Lab, DNA Casework Unit

44. Jessica Weise
    Biologist, FBI Lab, DNA Casework Unit

45. Lily W. Wong
    Biologist, FBI Lab, DNA Casework Unit

46. Karla Wright
    Biologist, FBI Lab, DNA Casework Unit

47. M.Y.
    [Subject to protective order]

48. Christopher Ziroli
    Providence Police Department

**Other Potential Witnesses and/or Individuals Whose Names Should Be Read To the Jury**

1. Michael Alexander
   Delaware State Police

2. Angelo Avant
   Providence Police Department

3. Greg Bonnet
   Abby's Lane

4. John Broderick
   Boston Police Department

5. David Browne
   Animal Rescue League

6. Taylor Buckley
   Boston Police Department

7. John Burrows
   Boston Police Department

8. Justin Cannon
   Wilmington Police Department

9. Emmanuel Canuto
   Boston Police Department

10. Paul Cavanagh
    Special Agent, FBI

11. Gregory Comcowich
    Special Agent, FBI

12. Marty Conley
    Boston Police Department

13. Joaquim Correia

14. Robert Costine
    Boston Police Department

15. Tom Coucci
    Acropolis Management Services

16. Mark Csapo
    Delaware State Police

17. Patrick Cullity
    Boston Police Department

18. Robert DiRocco
    Special Agent, FBI

19. Jarrod Gero
    Boston Police Department

20. Daniel Grassi
    Delaware State Police

21. Jason Greene
    Acropolis Management Services

22. Isaac Hankins
    New Castle County Police Department

23. Christopher Hartrgove
    Boston Police Department

24. Dr. Evan Hawbaker
    Christiana Hospital

25. Ednel Horace
    Waltham, MA

26. Jonathan King
    Delaware State Police

27. Donald Kukan
    Delaware State Police

28. Craig Larson
    A2 Systems, Villa Victoria

29. Caroline Lau
    Castle Square Apartments

30. Craig Lewis
    Delaware State Police

31. Julian Little
    Boston Police Department

32. Joseph Malone
    Royal Farms

33. Joseph Medina
    Boston Police Department

34. Shateim Mills
    U.S. Marshals Service

35. Agnes Misigah
    Centerboard, Lynn, MA

36. Ahmed Monzer
    Dedham, MA

37. Eric Neill
    Wang Theater Director of Theater Operations

38. Lucien Parent
    Candibar Night Club

39. Ricky Patel
    Tremont Variety Store

40. Sean Raferty
    New Castle County Police Department

41. Alexis Stauber
    Delaware State Police

42. Anthony Twinning
    Boston Police Department

43. Kristen Viveiros
    West Warwick, RI

44. Robert Williams
    New Castle County Police Department

45. Thomas Zukauskas
    Special Agent, FBI

The government additionally reserves the right to call Keepers of Records to admit business records that have been provided in discovery.

                                            Respectfully submitted,

                                            JOSHUA S. LEVY
                                            First Assistant United States Attorney

                              By:    */s/ Elianna J. Nuzum*
                                            ROBERT E. RICHARDSON
                                            KENNETH G. SHINE
                                            ELIANNA J. NUZUM
                                            Assistant U.S. Attorneys

May 1, 2022

## CERTIFICATE OF SERVICE

    I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants by First Class Mail.

                                                      */s/ Elianna J. Nuzum*
Dated: May 1, 2022                              Elianna J. Nuzum