| | United States v. Louis D. Coleman, III | | | |
|---|---|---|---|---|
| | 19-cr-10113-FDS | | | |
| | EXHIBIT LIST | | | |
| Exhibit Number | Offered By | Description of Exhibit | Bates | Admitted Through |
| 1 | Government | Jassy Correia - video summary | | |
| 1-1 | Government | Still photo of Jassy Correia | 4257-4258 | |
| 1-2 | Government | Video of Jassy Correia arriving at Venu chn1020190224003556 | 500 | |
| 1-3 | Government | Video of Jassy Correia's ID Scan video chn820190224003824 | 439 | |
| 1-4 | Government | Still of Aja Hiltz ID Scan | 1440 | |
| 1-5 | Government | Still of Yvania Mondesir ID Scan | 1438 | |
| 1-6 | Government | Still of Reginald Thomas ID Scan | 1441 | |
| 1-7 | Government | Still of Jassy Correia ID Scan | 1439 | |
| 1-8 | Government | Video of Jassy Correia going up stairs chn1420190224003548 | 637 | |
| 1-9 | Government | Video of Jassy Correia at bar chn720190224014731 | 804 | |
| 1-10 | Government | Video of Jassy Correia at bar chn720190224015708 | 409 | |
| 1-11 | Government | Still photo of Jassy Correia at Venu | 4257-4258 | |
| 1-12 | Government | Still photo of Jassy Correia at Venu | 4257-4258 | |
| 1-13 | Government | Still photo of Jassy Correia at Venu | 4257-4258 | |
| 1-14 | Government | Video of Jassy Correia on stairs chn1120190224015436 | 541 | |
| 1-15 | Government | Video of Jassy Corriea outside chn420190224020644 | 799 | |
| 1-16 | Government | Video of the alley 2.24.19 2:09:27am 001 | 1445 | |
| 1-17 | Government | Video of the alley 2.24.19 2:09:27am 002 | 1446 | |
| 1-18 | Government | Video of the alley 2.24.19 2:09:27am_003 | 1447 | |
| 1-19 | Government | Video of the alley 2.24.19 2:09:27am_004 | 1448 | |
| 1-20 | Government | Abby Lane video of Jassy Correia on Tremont Street 2:12am | 1444 | |
| 1-21 | Government | Abby Lane video of Jassy Correia and Coleman walking away 2:16am | 1443 | |
| 1-22 | Government | Video of Jassy Corriea and Coleman walking CAM 109 02.24.19 2:17:14am | 1481 | |
| 1-23 | Government | Video of Jassy Correia and Coleman walking A1 - Tufts Garage 02.24.19 2:13:58am | 13399 | |
| 1-24 | Government | Still of Jassy Correia and Coleman at 2:18am under Courtyard sign | 3560 | |
| 1-25 | Government | Still of Jassy Correia and Coleman at 2:18am under Courtyard sign | 3558 | |
| 1-26 | Government | Video of Animal Rescue League 022035 to 022259 Parking Lot | 1453 | |
| 2-1 | Government | Video from Yvania Mondesir cell phone  IMG_4619 | 4257-4258 | |

| | *United States v. Louis D. Coleman, III* | | | |
|---|---|---|---|---|
| | **19-cr-10113-FDS** | | | |
| | **EXHIBIT LIST** | | | |
| **Exhibit Number** | **Offered By** | **Description of Exhibit** | **Bates** | **Admitted Through** |
| 2-2 | Government | Video from Yvania Mondesir cell phone  IMG_4621 | 4257-4258 | |
| 2-3 | Government | Video from Yvania Mondesir cell phone  IMG_4622 | 4257-4258 | |
| 2-4 | Government | Video from Yvania Mondesir cell phone  IMG_4623 | 4257-4258 | |
| 2-5 | Government | photo from Yvania Mondesir cell phone  IMG_4627 | 4257-4258 | |
| 3 | Government | still photo of Aja Hiltz  and Jassy Correia | 14292 | |
| 4-1 | Government | Venu still photos: inside | 1347 | |
| 4-2 | Government | Venu still photos: inside | 1348 | |
| 4-3 | Government | Venu still photos: inside | 1349 | |
| 4-4 | Government | Venu still photos: inside | 1350 | |
| 4-5 | Government | Venu still photos: inside | 1351 | |
| 4-6 | Government | Venu still photos: inside | 1352 | |
| 4-7 | Government | Venu still photos: inside | 1353 | |
| 4-8 | Government | Venu still photos: inside | 1354 | |
| 4-9 | Government | Venu still photos: inside | 1355 | |
| 4-10 | Government | Venu still photos: inside | 1356 | |
| 4-11 | Government | Venu still photos: inside | 1357 | |
| 5-1 | Government | Jassy Correia's phone voicemail 20190225105114 | 7767 | |
| 5-2 | Government | Jassy Correia's phone voicemail 20190225110534 | 7768 | |
| 5-3 | Government | Jassy Correia's phone voicemail 20190225121228 | 7769 | |
| 5-4 | Government | Jassy Correia's phone voicemail 20190226081502 | 7770 | |
| 5-5 | Government | Jassy Correia's phone voicemail 20190226084051 | 7771 | |
| 5-6 | Government | Jassy Correia's phone voicemail 20190226151425 | 7772 | |
| 5-7 | Government | Jassy Correia's phone voicemail 20190226170104 | 7773 | |
| 5-8 | Government | Jassy Correia's phone voicemail 20190227074143 | 7774 | |
| 5-9 | Government | Jassy Correia's phone voicemail 20190227080344 | 7775 | |
| 5-10 | Government | Jassy Correia's phone voicemail 20190227120234 | 7776 | |
| 5-11 | Government | Jassy Correia's phone voicemail 20190227125002 | 7777 | |
| 5-12 | Government | Jassy Correia's phone voicemail 20190227131027 | 7778 | |
| 5-13 | Government | Jassy Correia's phone voicemail 20190227131102 | 7779 | |
| 5-14 | Government | Jassy Correia's phone voicemail 20190227141113 | 7780 | |
| 5-15 | Government | Jassy Correia's phone voicemail 20190227154025 | 7781 | |

| United States v. Louis D. Coleman, III | | | | |
|---|---|---|---|---|
| 19-cr-10113-FDS | | | | |
| EXHIBIT LIST | | | | |
| Exhibit Number | Offered By | Description of Exhibit | Bates | Admitted Through |
| 5-16 | Government | Jassy Correia's phone voicemail 20190227155120 | 7782 | |
| 5-17 | Government | Jassy Correia's phone voicemail 20190228145459 | 7783 | |
| 5-18 | Government | Jassy Correia's phone voicemail 20190228145527 | 7784 | |
| 5-19 | Government | Jassy Correia's phone voicemail 20190228183800 | 7785 | |
| 5-20 | Government | Jassy Correia's phone voicemail 20190228230308 | 7786 | |
| 5-21 | Government | Jassy Correia's phone voicemail 20190301041904 | 7787 | |
| 6 | Government | Texts between Jassy Correia and Yvania Mondesir | 14305-14316 | |
| 7-1 | Government | Photos of Jassy Correia's overnight bag | 14587 | |
| 7-2 | Government | Photos of Jassy Correia's overnight bag: contents of bag | 14589 | |
| 7-3 | Government | Photos of Jassy Correia's House Keys | 14596 | |
| 7-4 | Government | Photos of Jassy Correia's Notepad | 14606-14615 | |
| 8 | Government | Facebook messages between Aja Hiltz and Yvania Mondesir | 14294-14305 | |
| 9 | Government | Coleman Summary - Boston | | |
| 9-1 | Government | Video of Coleman exit Candibar A1 - Tufts Garage PTZ-20190224-005057 | 13401 | |
| 9-2 | Government | Video of Coleman entering venu chn320190224005552 | 204 | |
| 9-3 | Government | Video of Coleman entering venu chn820190224005747 | 443 | |
| 9-4 | Government | Video of Coleman entering venu chn920190224005005 | 477 | |
| 9-5 | Government | Video of Coleman ID scan video chn1220190224004434 | | |
| 9-6 | Government | Still of Coleman ID scan | 1442 | |
| 9-7 | Government | Video of Coleman in upper lobby chn1620190224015738 | 783 | |
| 9-8 | Government | Video of Coleman in upper lobby chn1520190224015916 | 715 | |
| 9-9 | Government | Venu Receipt - Coleman | 3513 | |
| 9-10 | Government | Video of Coleman exiting chn1120190224015436 | 541 | |
| 9-11 | Government | Still of Coleman on stairs | | |
| 9-12 | Government | Video of Coleman exiting venu chn220190224015808 | 145 | |
| 9-13 | Government | Video of Coleman on Stuart 02242019b - Stuart St. | 1488 | |
| 9-14 | Government | Video of Coleman on Tremont 11-20190224021200 | 1444 | |
| 9-15 | Government | Video of Coleman and Jassy on Tremont 8-20190224021600 | 1443 | |
| 9-16 | Government | Video of Coleman and Jassy CAM 109 02.24.19 2_17_14 AM | 1481 | |

| | | *United States v. Louis D. Coleman, III* | | |
| --- | --- | --- | --- | --- |
| | | 19-cr-10113-FDS | | |
| | | EXHIBIT LIST | | |
| Exhibit Number | Offered By | Description of Exhibit | Bates | Admitted Through |
| 9-17 | Government | Video of Coleman and Jassy A1 - Tufts Garage 3-20190224-021358 | 13399 | |
| 9-18 | Government | Still of Coleman and Jassy at 217am on Tremont towards Courtyard | 3556 | |
| 9-19 | Government | Still of Coleman and Jassy at 218am on Tremont | 3557 | |
| 9-20 | Government | Still of Coleman and Jassy at 218 am Passing Courtyard | 3558 | |
| 9-21 | Government | Still of Coleman and Jassy at 218 am under Courtyard sign (Cont.) | 3560 | |
| 9-22 | Government | Still of Coleman and Jassy at 218 am under Courtyard sign | 3559 | |
| 9-23 | Government | Video of Animal Rescue League 190224022000_FrontLot_(1) | 1453 | |
| 9-24 | Government | Video of car on Tremont | 1489 | |
| 9-25 | Government | Video of Agudilla St 22FAVPBSMMG0307-Enhance | 14616 | |
| 10-1 | Government | Map overview of 95 Chestnut St | 14981 | |
| 10-2 | Government | Map of 95 Chestnut St doors | 14977 | |
| 10-3 | Government | Map of Clifford St Doors | 14979 | |
| 10-4 | Government | Layout of 95 Chestnut St, 6th floor | 15030 | |
| 11 | Government | Summary of RI Video February 24, 2019 | | |
| 11-1 | Government | Video of street parking lot Ch7 02.24.19 timestamp 05:14:45 | 3572 | |
| 11-2 | Government | Video of side parking lot  Ch8 02.24.19 timestamp 05:14:43 | 3573 | |
| 11-3 | Government | Video of entry way Ch16 02.24.19 timestamp 05:16:07 | 3575 | |
| 11-4 | Government | Video of upstairs elevator  Ch17 02.24.19 timestamp 05:16:46 | 3576 | |
| 11-5 | Government | Video of side parking lot ch08 02.24.19 timestamp 05:35:43 | 3639 | |
| 11-6 | Government | Video of Johnson and Wales parking lot 192.168.1.99_14_20190301132706934 | 3612 | |
| 11-7 | Government | Video of back of apartment ch06 02.24.19 timestamp 05:42:02 | 3639 | |
| 11-8 | Government | Video of side of back aprtment ch12 02.24.19 timestamp 05:42:38 | 3639 | |
| 11-9 | Government | Video of front of Chestnut st ch15 02.24.19 timestamp 05:42:46 | 3639 | |
| 11-10 | Government | Video of Clifford st ch04 02.24.19 timestamp 05:42:54 | 3639 | |
| 11-11 | Government | Video of entry way ch16 02.24.19 timestamp 05:43:22 | 3639 | |
| 11-12 | Government | Video of upstairs elevator ch17 02.24.19 timestamp 05:44:15 | 3639 | |
| 11-13 | Government | Video of upstairs elevator ch17 02.24.19 timestamp 15:51:10 | 3639 | |
| 11-14 | Government | Video of side parking lot ch08 02.24.19 timestamp 15:53:32 | 3639 | |

| | | *United States v. Louis D. Coleman, III* | | |
|---|---|---|---|---|
| | | **19-cr-10113-FDS** | | |
| | | **EXHIBIT LIST** | | |
| **Exhibit Number** | **Offered By** | **Description of Exhibit** | **Bates** | **Admitted Through** |
| 11-15 | Government | Video of side parking lot ch08 02.24.19 timestamp 15:54:23 | 3639 | |
| 12-1 | Government | Video of Rite Aid video entrance 02.24.19 | 3603 | |
| 12-2 | Government | Video of Rite Aid Video register 02.24.19 | 3604 | |
| 13 | Government | Rite Aid Detailed Journal report 02.24.19 | 3607-3608 | |
| 14 | Government | Summary of RI Video February 25, 2019 | | |
| 14-1 | Government | Video of staircase ch19_20190225065402 | 3639 | |
| 14-2 | Government | Video of front entry ch16_20190225103224 | 3639 | |
| 14-3 | Government | Video of upstairs elevator ch17_20190225103354 | 3639 | |
| 14-4 | Government | Video of front entry ch16_20190225162424 | 3639 | |
| 14-5 | Government | Video of upstairs elevator ch17_20190225162511 | 3639 | |
| 14-6 | Government | Video of front entry ch16_20190225163528 | 3639 | |
| 14-7 | Government | Video of upstairs elevator ch17_20190225163903 | 3639 | |
| 14-8 | Government | Video of front entry ch16_20190225182436 | 3639 | |
| 14-9 | Government | Video of upstairs elevator ch17_20190225182628 | 3639 | |
| 14-10 | Government | Video of front entry ch16_20190225183016 | 3639 | |
| 14-11 | Government | Video of upstairs elevator ch17_20190225183226 | 3639 | |
| 15 | Government | Summary of RI Video February 26, 2019 | | |
| 15-1 | Government | Video of trash chute ch17_20190226071334 | 3639 | |
| 15-2 | Government | Video of trash chute ch17_20190226161008 | 3639 | |
| 15-3 | Government | Video of front entry ch16_20190226181901 | 3639 | |
| 15-4 | Government | Video of upstairs elevator ch17_20190226182015 | 3639 | |
| 15-5 | Government | Video of front entry ch16_20190226183216 | 3639 | |
| 15-6 | Government | Video of front entry ch16_20190226184217 | 3639 | |
| 16 | Government | Home Depot video 02.26.19 | 3517 | |
| 17-1 | Government | Home Depot receipt lookup 02.26.19 | 3515-3516 | |
| 17-2 | Government | Home Depot physical receipt 02.26.19 | | |
| 18 | Government | Walmart 2283 and 3301 physical receipt | | |
| 19-1 | Government | Walmart 02.26.19 (Exterior Drive Aisle -8564190) | 3625 | |
| 19-2 | Government | Walmart 02.26.19 (Exterior Drive Aisle -dde3e99) | 3626 | |
| 19-3 | Government | Walmart 02.26.19 (GM Exit -175159e | 3627 | |
| 19-4 | Government | Walmart (POS_10_12 -e613ae9) | 3628 | |

| United States v. Louis D. Coleman, III |
|---|---|---|---|---|
| 19-cr-10113-FDS |
| EXHIBIT LIST |
| Exhibit Number | Offered By | Description of Exhibit | Bates | Admitted Through |
| 20 | Government | Summary of RI Video February 27, 2019 | | |
| 20-1 | Government | Video of supstaris elevator ch17_20190227074329 | 3639 | |
| 20-2 | Government | Video of stair well ch14_20190227074424 | 3639 | |
| 20-3 | Government | Video of upstairs elevator ch17_20190227211453 | 3639 | |
| 20-4 | Government | Video of front entry ch16_20190227211528 | 3639 | |
| 20-5 | Government | Walmart still 02.27.19 Coleman leaving register | 3734 | |
| 20-6 | Government | Walmart still 02.27.19 Coleman at register | 3736 | |
| 20-7 | Government | Walmart still 02.27.19 Coleman at register | | |
| 20-8 | Government | Walmart still 02.27.19 Coleman exiting | 3734 | |
| 20-9 | Government | Walmart still 02.27.19 Coleman outside door | 3733 | |
| 20-10 | Government | Walmart still 02.27.19 Coleman outside door | 3733 | |
| 20-11 | Government | Walmart 1873 receipt 02.27.19 | | |
| 20-12 | Government | Walmart 02.27.2019 Store 1873 journal | 3732 | |
| 20-13 | Government | Video of Suitcase Entrance | 3578 | |
| 20-14 | Government | Walmart 1873 physical receipt 02.27.19 | | |
| 21 | Government | Summary of RI Video February 28, 2019 | | |
| 21-1 | Government | Video of ch 16 front entry 02.28.19 timestamp 01:53:10 | 3639 | |
| 21-2 | Government | Video of ch 4 outside of building 02.28.19 timestamp 01:53:24 | 3639 | |
| 21-3 | Government | Video of ch 15 Chestnut st 02.28.19 timestamp 01:53:46 | 3639 | |
| 21-4 | Government | Video of wellness check 02.28.19 timestamp 01:55:26 | 3639 | |
| 21-5 | Government | Video of ch 15 chestnut st 02.28.19 timestamp 02:02:42 | 3639 | |
| 21-6 | Government | Video of ch 7 street parking lot 02.28.19 timestamp 02:03:24 | 3639 | |
| 21-7 | Government | Video of ch 16 front entry 02.28.19 timestamp 02:06:27 | 3639 | |
| 21-8 | Government | Video of Suitcase_exit 02.28.19 timestamp 02:15:40 | 3579 | |
| 21-9 | Government | Still shot of trip out 2.28.19 timestamp 03:45:12 | | |
| 21-10 | Government | Still shot of trip out 2.28.19 timestamp 03:55:06 | | |
| 21-11 | Government | Still shot of trip out 2.28.19 timestamp 03:59:13 | | |
| 21-12 | Government | Still shot of trip out 2.28.19 timestamp 04:07:42 | | |
| 21-13 | Government | Still shot of trip out 2.28.19 timestamp 04:14:44 | | |
| 21-14 | Government | Still shot of trip out 2.28.19 timestamp 04:21:22 | | |
| 21-15 | Government | Still shot of trip out 2.28.19 timestamp 04:26:49 | | |

| | | *United States  v. Louis D. Coleman, III* | | |
|---|---|---|---|---|
| | | **19-cr-10113-FDS** | | |
| | | **EXHIBIT LIST** | | |
| **Exhibit Number** | **Offered By** | **Description of Exhibit** | **Bates** | **Admitted Through** |
| 21-16 | Government | Still shot of trip out 2.28.19 timestamp 04:35:10 | | |
| 21-17 | Government | Still shot of trip out 2.28.19 timestamp 04:50:56 | | |
| 21-18 | Government | Video of side parking lot 02.28.19 timestamp 05:07:58 | 3639 | |
| 21-19 | Government | Video of street side parking lot 02.28.19 timestamp 05:07:52 | 3639 | |
| 22 | Government | 95 Chesnut St SW Photos  - Apartment | 1993-2079, 15031-15100 | |
| 23 | Government | 95 Chesnut St SW Photos - Dumpster | 1993-2079, 15031-15100 | |
| 24 | Government | Photo of business cards | | |
| 25 | Government | T Mobile Records | 3688, 13403-13427 | |
| 26 | Government | Sprint records | 3018-3057, 7767-7788, 13428-13519 | |
| 27 | Government | CAST Analysis | 14641-14673 | |
| 28 | Government | Video of Body Cam | 2084 | |
| 29 | Government | Video of Dash Cam 1664 | 2086 | |
| 30 | Government | Video of Dash Cam 1815 | 2087 | |
| 31 | Government | Video of Aerial Footage N2SP20090101055120 | 2081 | |
| 32-1 | Government | Video of Backseat camera footage - clip 1 | 2083 | |
| 32-2 | Government | Video of Backseat camera footage - clip 2 | 2083 | |
| 32-3 | Government | Video of Backseat camera footage - clip 3 | 2083 | |
| 33 | Government | Car scene photos | 2231-2262 | |
| 34 | Government | Video of Coleman DE interview | 2080 | |
| 35-1 | Government | Walmart Purchase History | 3520 | |
| 35-2 | Government | Walmart certificate of authenticity | | |
| 36 | Government | Coleman Pedigree | 2134 | |
| 37-1 | Government | Video of Grottos Pizza Cam 16 Event20190228132950016 | 2088 | |
| 37-2 | Government | Video of Grottos Pizza Cam 16 Event20190228133426016 | 2089 | |
| 37-3 | Government | Video of Grottos Pizza Cam 16 Event20190228133440016 | 2090 | |
| 37-4 | Government | Video of Grottos Pizza Cam 16 Event20190228133932016 | 2091 | |

| | | *United States v. Louis D. Coleman, III* | | |
|---|---|---|---|---|
| | | **19-cr-10113-FDS** | | |
| | | **EXHIBIT LIST** | | |
| **Exhibit Number** | **Offered By** | **Description of Exhibit** | **Bates** | **Admitted Through** |
| 37-5 | Government | Video of Grottos Pizza Cam 16 Event20190228133946016 | 2092 | |
| 37-6 | Government | Video of Grottos Pizza Cam 18 Event20190228133130018 | 2093 | |
| 37-7 | Government | Video of Grottos Pizza Cam 18 Event20190228133630018 | 2094 | |
| 37-8 | Government | Video of Grottos Pizza Cam 24 Event20190228133229024 | 2095 | |
| 37-9 | Government | Video of Grottos Pizza Cam 24 Event20190228133728024 | 2096 | |
| 38 | Government | RI Call to DE Police | 8002 | |
| 38-1 | Government | Transcript of RI Call to DE Police | pending | |
| 39 | Government | Turret recordings: Command | 8003 | |
| 39-1 | Government | Transcript of Command Turret | pending | |
| 40 | Government | Turret recordings: State-Wide | 8004 | |
| 40-1 | Government | Transcript of State-Wide Turret | pending | |
| 41 | Government | Booking/body search photos | 2165-2230 | |
| 42 | Government | Photos of items recovered from car | 2263-2521 | |
| 43 | Government | Gas canister | | |
| 44 | Government | Lighter | | |
| 45 | Government | Hedge (bolt) clippers | | |
| 46 | Government | Pliers | | |
| 47 | Government | Heavy duty gloves | | |
| 48 | Government | Canvas gripping gloves | | |
| 49 | Government | Ski mask | | |
| 50 | Government | Hypertough flashlight | | |
| 51 | Government | Super Tuff 55 gallon contractor bags | | |
| 52 | Government | Computer tower | | |
| 53 | Government | Coleman's phone | | |
| 54 | Government | Coleman driver's license | | |
| 55 | Government | Forensic science scene photos | 2522-2588 | |
| 56 | Government | Photos of evidence from autopsy | 2589-2996 | |
| 57 | Government | Photos of Sexual Assault Kit | 14860-14891, 14921-14922 | |
| 58 | Government | Photos of Coleman swabs and scrappings | 14892-14899, 14923-14924 | |

| | | *United States v. Louis D. Coleman, III* | | |
|---|---|---|---|---|
| | | **19-cr-10113-FDS** | | |
| | | **EXHIBIT LIST** | | |
| **Exhibit Number** | **Offered By** | **Description of Exhibit** | **Bates** | **Admitted Through** |
| 59 | Government | Photos of Buick swabs | 14900-14918 | |
| 60 | Government | Photos of processed DNA tubes | 14925-14940 | |
| 61-1 | Government | Extraction from Coleman's internet search - Chrome Web History | 3640-3679 | |
| 61-2 | Government | Extraction from Coleman's internet search - Encryption - Anti-forensics Tools | 3646-3647 | |
| 61-3 | Government | Extraction from Coleman's internet search - Google Searches | 3648-3659 | |
| 61-4 | Government | Extraction from Coleman's internet search - Installed Programs | 3660-3661 | |
| 61-5 | Government | Extraction from Coleman's internet search - LNK Files | 3662-3663 | |
| 61-6 | Government | Extraction from Coleman's internet search - Parsed Search Queries | 3664-3665 | |
| 61-7 | Government | Extraction from Coleman's internet search - Rebuilt Webpages | 3666-3669 | |
| 61-8 | Government | Extraction from Coleman's internet search - Shellbags | 3670-3671 | |
| 61-9 | Government | Extraction from Coleman's internet search - User Accounts | 3672-3673 | |
| 61-10 | Government | Extraction from Coleman's internet search - Windows 8-10 Prefetch Files | 3674-3675 | |
| 61-11 | Government | Extraction from Coleman's internet search - Windows Timeline Activity | 3676-3679 | |
| 62 | Government | L.H. text messages | 3065-3070 | |
| 63-1 | Government | Raytheon email 2-19-19 8:33am | 8777 | |
| 63-2 | Government | Raytheon email string 2-25-19 10:02am | 8779-8780 | |
| 63-2 | Government | Raytheon email 2-25-19 10:03am | 8778 | |
| 64 | Government | Coleman texts 2/24/19-2/28/19 | 3587 (extract) | |
| 65-1 | Government | Video of Viveiros text messages with Coleman 1 | 14319 | |
| 65-2 | Government | Video of Viveiros text messages with Coleman 2 | 14320 | |
| 65-3 | Government | Video of Viveiros text messages with Coleman 3 | 14321 | |
| 66 | Government | K.B. Bumble messages with Coleman | 14206-14215 | |
| 67 | Government | Citizens Bank records with KOTR certificate | 8053-8130 | |
| 68 | Government | Chase Bank records with KOTR certificate | 3343-3414 | |
| 69 | Government | American Express records with KOTR certificate | 3091-3110, 3111-3242 | |
| 70 | Government | Photos of Buick Regal | 14754-14859 | |
| 71 | Government | Summary of video with LH and Coleman | | |

| | | *United States v. Louis D. Coleman, III* | | |
|---|---|---|---|---|
| | | **19-cr-10113-FDS** | | |
| | | **EXHIBIT LIST** | | |
| **Exhibit Number** | **Offered By** | **Description of Exhibit** | **Bates** | **Admitted Through** |
| 71-1 | Government | Video of Venu chn16 20190224 011921 | 772 | |
| 71-2 | Government | Video of Venu chn16 20190224 012728 | 774 | |
| 71-3 | Government | Video of Venu chn1 20190224 012816 | 58 | |
| 71-4 | Government | Text Messages with Coleman | 3065-3070 | |
| 71-5 | Government | LH Photos from February 23, 2019 | | |
| 72 | Government | Johnson and Wales videos | 3589-3601 | |
| 73 | Government | Map of Venu to Animal Rescue League | 14980 | |
| 74 | Government | Map of Animal Rescue League to Aguadilla | 14978 | |
| 75 | Government | Map showing Abby Lane and Venu | 14982 | |
| 76-1 | Government | BPD news release image of J Correia | | |
| 76-2 | Government | BPD news release person of interest | | |
| 76-3 | Government | BPD news release image of car | | |
| 76-4 | Government | BPD news release video clip | | |
| 77 | Government | DNA profiles and quantification determinations | | |
| 78 | Government | T Mobile Tower list | 13584-13585 | |
| 79 | Government | Sprint Tower list | 13520-13583 | |