UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | )   Criminal No. 19-cr-10113-FDS |
| | ) |
| LOUIS D. COLEMAN, III | ) |

## RENEWED MOTION FOR JUDGMENT OF ACQUITTAL

The defendant hereby renews his motion for acquittal pursuant to Fed. R. Crim. P. 29 following evidence presented in the defendant's case-in-chief. The defendant moves again that a judgment of acquittal be entered on the indictment because the evidence is insufficient to sustain a conviction. A judgment of acquittal must be entered if the government's evidence would not permit a rational trier of fact to conclude beyond a reasonable doubt that all elements of the offense charged have been proved. Defendant moves as to each element of the charge. Because the evidence, when viewed in a light most favorable to the government, fails to establish the elements of the offense charged, a conviction cannot be sustained.

LOUIS D. COLEMAN, III
By his attorneys,

*/s/ Jane Peachy*
Jane Peachy, BBO No. 661394

*/s/ Wade Zolynski*
Wade Zolynski, MT Bar No. 6088
Federal Defender Office
51 Sleeper Street
Boston, MA   02210
Tel: 617-223-8061

*/s/David P. Hoose*
David P. Hoose, BBO No. 239400
Sasson, Turnbull, Ryan & Hoose
100 Main Street
Northampton, MA 01060
Tel: 413-586-4800 Ext. 107

CERTIFICATE OF SERVICE

I hereby certify that the foregoing document filed through the ECF system will be sent electronically to counsel for Defendants, who are registered participants as identified on the Notice of Electronic Filing (NEF).

*/s/ Jane F. Peachy*
Jane F. Peachy