UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CRIMINAL NO. 19-10113-FDS |
| ) | |
| LOUIS D. COLEMAN, III ) | |
| ) | |

**ASSENTED-TO MOTION TO CONTINUE SENTENCING**

The United States of America, with the assent of the defendant Louis D. Coleman, III, hereby respectfully asks the Court to reschedule the sentencing hearing presently set for September 22, 2022 until October 11, 2022, due to a conflict in the government's schedule.

Respectfully submitted,

JOSHUA S. LEVY
First Assistant United States Attorney

By:  /s/Kenneth G. Shine
KENNETH G. SHINE
ROBERT E. RICHARDSON
ELIANNA J. NUZUM
Assistant U.S. Attorneys

Date: July 7, 2022

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants by First Class Mail.

/s/ Kenneth G. Shine
KENNETH G. SHINE