# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**UNITED STATES OF AMERICA**

    **V.**　　　　　　　　　　　**CRIMINAL NO. 3:19cr-10113-FDS**

**LOUIS COLEMAN**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## DEFENDANT'S MOTION TO APPEAR FOR SENTENCING VIA VIDEOCONFERENCE

Now comes the defendant in the above captioned matter and waives his right to appear in person at his sentencing, and assents to being sentenced while attending via videoconference.

In accordance with this court's General Order 22-10, dated September 14, 2022, and titled *In Re: Coronavirus Public Health Emergency, Twelfth Supplemental Order Concerning Video and Telephone conferencing for felony pleas and sentencing*:

1. Felony sentencings under Rule 32 of the Federal Rules of Criminal Procedure cannot be conducted in person in the District of Massachusetts without seriously jeopardizing public health and safety;

2. It is not in the interests of justice to continue sentencing; and

3. The defendant consents to being sentenced by videoconference.

Wherefore, the defendant requests that his sentencing go forward as scheduled on October 11, 2022 at 2:00 p.m. with counsel present to address the court in person, but with the defendant participating by videoconference from the Donald W. Wyatt Detention Center.

LOUIS D. COLEMAN, III
By his attorneys,

*/s/ Wade Zolynski*
Wade Zolynski
 MT Bar No. 6088

*/s/ Jane Peachy*
Jane Peachy
 B.B.O. No. 661394
Federal Defender Office
51 Sleeper Street
Boston, MA  02210
Tel: 617-223-8061

*/s/David P. Hoose*
David P. Hoose
 B.B.O. No. 239400
Sasson, Turnbull, Ryan & Hoose
100 Main Street
Northampton, MA 01060
Tel: 413-586-4800 Ext. 107

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that this Motion to Appear for Sentencing Via Videoconference, filed through the Electronic Case Filing System, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

/s/ David P. Hoose
David P. Hoose