# Exhibit 2



LC 014606