# Exhibit 3

```
                                                                1

                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS


    UNITED STATES OF AMERICA,         )
                                      )
    vs.                               ) Criminal Action
                                      )
    LOUIS D. COLEMAN, III,            ) No. 19-10113-FDS
                  Defendant           )
                                      )
                                      )
                                      )


    BEFORE:  THE HONORABLE F. DENNIS SAYLOR, IV


                       JURY TRIAL DAY 10


                  EXCERPT - RULE 412 Motion


           John Joseph Moakley United States Courthouse
                         Courtroom No. 10
                         1 Courthouse Way
                         Boston, MA 02210


                          May 24, 2022
                           8:30 a.m.





                        Valerie A. O'Hara
                      Official Court Reporter
           John Joseph Moakley United States Courthouse
                   1 Courthouse Way, Room 3204
                         Boston, MA 02210
```

```
 1   ████████████████████████████████████████
 2   ████████████████████████████████████████
 3   ████████████████████████████████████████
 4   ████████████████████████████████████████
 5   ████████████████████████████████████████
 6   Of course, there were, in fact, two witnesses to the event,
 7   the defendant himself, who cannot be compelled to testify,
 8   and the victim, who the defendant murdered.
 9          Because I'm ruling on evidentiary issues, I find by
10   a preponderance of the evidence for the purpose of
11   considering this question that the defendant did, in fact,
12   murder the victim.
13   ████████████████████████████████████████
14   ████████████████████████████████████████
15   ████████████████████████████████████████
16   ████████████████████████████████████████
17   ████████████████████████████████████████
18   ████████████████████████████████████████
19   ████████████████████████████████████████
20   ████████████████████████████████████████
21   ████████████████████████████████████████
22   ████████████████████████████████████████
23   ████████████████████████████████████████
24   ████████████████████████████████████████
25   ████████████████████████████████████████
```

08:36AM (line 10)
08:37AM (line 20)