# Exhibit 4

```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS



UNITED STATES OF AMERICA,        )
                                 )
                                 ) Criminal Action
v.                               )
                                 ) No. 19-10113-FDS
LOUIS D. COLEMAN, III,           )
              Defendant          )




BEFORE:  THE HONORABLE F. DENNIS SAYLOR, IV



              EXCERPT OF JURY TRIAL - DAY 10



         John Joseph Moakley United States Courthouse
                      Courtroom No. 10
                      1 Courthouse Way
                 Boston, Massachusetts 02210


                       May 25, 2022
                        12:15 p.m.




             Kathleen Mullen Silva, RPR, CRR
                   Official Court Reporter
         John Joseph Moakley United States Courthouse
                1 Courthouse Way, Room 7209
                 Boston, Massachusetts 02210


         Mechanical Steno - Computer-Aided Transcript
```

```
 1  ████████████████████████████████████████
 2  ████████████████████████████████████████
 3  ████████████████████████████████████████
 4  ████████████████████████████████████████
 5  ████████████████████████████████████████
 6  ████████████████████████████████████████
 7  ████████████████████████████████████████
 8  ██████████████████████████ We don't know exactly when
 9  she was murdered, but the most likely scenario is that it
10  happened in the car during that time period. ██████████
11  ████████████████████████████████████████
12  ████████████████████████████████████████
13  ████████████████████████████████████████
14  ████████████████████████████████████████
15  ████████████████████████████████████████
16  ████████████████████████████████████████
17  ████████████████████████████████████████
18  ████████████████████████████████████████
19  ████████████████████████████████████████
20  ████████████████████████████████████████
21  ████████████████████████████████████████
22  ████████████████████████████████████████
23  ████████████████████████████████████████
24  ████████████████████████████████████████
25  ████████████████████████████████████████
```