# Exhibit 5

```
 1                      UNITED STATES DISTRICT COURT
                          DISTRICT OF MASSACHUSETTS
 2

 3

 4     UNITED STATES OF AMERICA,         )
                                         )
 5     vs.                               ) Criminal Action
                                         )
 6     LOUIS D. COLEMAN, III,            ) No. 19-10113-FDS
                      Defendant          )
 7                                       )
                                         )
 8                                       )

 9

10     BEFORE:  THE HONORABLE F. DENNIS SAYLOR, IV

11
                             JURY TRIAL DAY 8
12

13

14
            John Joseph Moakley United States Courthouse
15                       Courtroom No. 10
                         1 Courthouse Way
16                       Boston, MA 02210

17
                           May 20, 2022
18                          8:45 a.m.

19

20

21

22

23               Valerie A. O'Hara
                 Official Court Reporter
24     John Joseph Moakley United States Courthouse
                 1 Courthouse Way, Room 3204
25               Boston, MA 02210
```

```
 1    Q.   From the appearance of marks on her neck, were you able to
 2    make any conclusion about the type of pressure that was applied
 3    to her neck?
 4    A.   No, but the pressure was enough to cause the injury in the
 5    high structures of the neck.
 6    Q.   And you said there were multiple markings and multiple
 7    places around her neck?
 8    A.   Yes, there was also hemorrhage in the report as I remember
 9    in one of the keratoid arteries.
10    Q.   How long would a person need to be is strangled before
11    they became unconscious?
12    A.   Again, what I will tell is, you know, it's mostly no
13    experiments done on people, so like this is just you will be,
14    you know, like a lot of studies which were done kind of
15    experimental in the labs.  It was like 20, 30 seconds for a
16    person to lose consciousness.
17    Q.   20 to 30 seconds to lose consciousness.  How much longer
18    would someone need to be strangled before they died?
19    A.   Again, different information that it tells our brain can
20    live without oxygen less than a minute.  It can -- I'm wrong.
21    The irreversible changes to the brain will happen if the
22    pressure continues as a person, you know, like more than a
23    minute because we can have reversible changes in the brain.
24    When the pressure is taken off, you know, oxygen starts coming
25    and a person incident amount of time regain consciousness or
```

1   if, you know, the pressure continues on the neck, and it
2   doesn't have to be constant.  It can be on and off but
3   continues for a period of time.  When the brain is starving for
4   oxygen, what we have, we have irreversible changes in the
5   brain, and what I mean under this, the changes, our neurons in
6   the brain can function without oxygen, so we have changes in
7   the brain which you can't reverse, even if this pressure is
8   taken, and it will lead to anoxic brain injury.
9   Q.   Okay.  So you said about 20 to 30 seconds to become
10  unconscious, you said about a minute for irreversible changes
11  to the brain, and how long would it take for someone to
12  actually die?
13  A.   Hard to say, minutes.
14  Q.   But some period longer than the unconscious?
15  A.   Yes.
16  Q.   And some period longer than the irreversible changes to
17  the brain?
18  A.   Yes, but, again, you always have someone who can hold
19  their breath under the water, and so I was without oxygen for,
20  you know, but it's people who are trained and know how to do
21  it.  I'm giving you like average, you know, which are listed in
22  forensic books.
23  Q.   Moving onto the injuries to Ms. Correia's torso and upper
24  extremities, I'm going to show you Exhibit 84, page 12.  What,
25  if any, injuries did you observe on Ms. Correia's torso?