UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | Criminal No. 19-10113-FDS |
| | ) | |
| LOUIS D. COLEMAN, III | ) | |

Notice of Appeal

Defendant Louis D. Coleman, III, through counsel, respectfully appeals the Judgement entered November 4, 2022, to the Court of Appeals for the First Circuit. The Judgment followed a jury trial wherein Mr. Coleman was convicted of a single count of kidnapping resulting in death. He appeals both his conviction and his sentence.

Respectfully submitted,
LOUIS D. COLEMAN, III
By his attorneys,

/s/ Wade Zolynski
Wade Zolynski
  MT Bar No. 6088
/s/ Jane Peachy
Jane Peachy
  B.B.O. No. 661394
Federal Defender Office
51 Sleeper Street
Boston, MA  02210
Tel: 617-223-8061

/s/David P. Hoose
David P. Hoose
  B.B.O. No. 239400
Sasson, Turnbull, Ryan & Hoose
100 Main Street
Northampton, MA 01060
Tel: 413-586-4800 Ext. 107

1

Certificate of Service

    I, Wade Zolynski, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on November 10, 2022.

    /s/ Wade Zolynski
    Wade Zolynski