# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

## CLERK'S CERTIFICATE AND APPEALS COVER SHEET

## ABBREVIATED ELECTRONIC RECORD

Case Caption: United States of America v. Louis D. Coleman, III

District Court Number: 19cr10113-FDS

Fee:  Paid?  Yes ____  No ____  Government filer ____  *In Forma Pauperis* Yes _X_  No ____

Motions Pending  Yes ____ No _X_  
*If yes, document #* _____

Sealed documents  Yes _X_ No ____  
*If yes, document #* (see attached addendum)

*Ex parte* documents  Yes _X_ No ____  
*If yes, document #* (see attached addendum)

Transcripts  Yes _X_ No ____  
*If yes, document #* (see attached addendum)

Notice of Appeal filed by: Plaintiff/Petitioner ____  Defendant/Respondent _X_  Other: ____

Appeal from:

#373 Judgment

Other information:

I, Robert M. Farrell, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed electronic documents:

#373 and #375

with the electronic docket sheet, constitute the abbreviated record on appeal in the above entitled case for the Notice of Appeal # _375_ filed on _November 10, 2022_.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on _November 14, 2022_.

**ROBERT M. FARRELL**  
Clerk of Court

/s/Matthew A. Paine  
Deputy Clerk

**PLEASE RETURN TO THE USDC CLERK'S OFFICE**

**SEALED DOCUMENTS:**

5,13,35,39,40,42,51,54,55,57,58,59,73,80,83,84,92,93,94,104,107,109,112,113,115,118,120, 121,124,127,130,177,203,206,235,236,237,238,239,240,241,242,257,258,269,271,273,274, 275,276,277,278,279,280,281,287,288,289,294,295,298,309,311,316,317,323,325,327,329, 330,331,333,341,348,350,359,360,361,368,370,374.

**EX PARTE DOCUMENTS:**

5,39,40,42,51,54,55,57,58,59,84,107,109,112,323,325,330,331,368.

**TRANSCRIPTS:**

95,104,105,262,263,264,350,351.