# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

## CLERK'S CERTIFICATE AND APPEALS COVER SHEET

## ABBREVIATED ELECTRONIC RECORD

Case Caption: United States of America v. Louis D. Coleman, III

District Court Number: 19cr10113-FDS

Fee: Paid? Yes ____ No ____  Government filer ____  *In Forma Pauperis* Yes _X_ No ____

Motions Pending      Yes ____ No _X_         Sealed documents     Yes _X_ No ____
If yes, document #   _____          If yes, document #   (see attached addendum)

*Ex parte* documents  Yes _X_ No ____         Transcripts          Yes _X_ No ____
If yes, document #   (see attached addendum)  If yes, document #   (see attached addendum)

Notice of Appeal filed by: Plaintiff/Petitioner ____  Defendant/Respondent _X_  Other: ____

Appeal from:

#467 Amended Judgment

Other information:

***Subsequent Notice of Appeal***

I, Robert M. Farrell, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed electronic documents:

#467 and #468

with the electronic docket sheet, constitute the abbreviated record on appeal in the above entitled case for the Notice of Appeal # __468__ filed on __March 31, 2023__.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on __March 31, 2023__.

**ROBERT M. FARRELL**
Clerk of Court

/s/Matthew A. Paine
Deputy Clerk

**PLEASE RETURN TO THE USDC CLERK'S OFFICE**

**SEALED DOCUMENTS:**

5,13,35,39,40,42,51,54,55,57,58,59,73,80,83,84,92,93,94,104,107,109,112,113,115,118,120, 121,124,127,130,177,203,206,235,236,237,238,239,240,241,242,257,258,269,271,273,274, 275,276,277,278,279,280,281,287,288,289,294,295,298,309,311,316,317,323,325,327,329, 330,331,333,341,348,350,359,360,361,368,370,374,456.

**EX PARTE DOCUMENTS:**

5,39,40,42,51,54,55,57,58,59,84,107,109,112,323,325,330,331,368.

**TRANSCRIPTS:**

95,104,105,262,263,264,350,351,378,388,392,393,397,398,399,400,401,402,403,404,405, 406,407,408,409,410,411,412,413,414,423,424,425,426,427,428,429,430,431,432,433, 434,437,438,443,445,447,449,453,457,459,460,461.