UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,	) | |
| )  | |
| v.	) | Criminal No. 19-10113-FDS |
| )  | |
| LOUIS D. COLEMAN, III	) | |

Subsequent Notice of Appeal

Defendant Louis D. Coleman, III, through counsel, respectfully appeals the Second Amended Judgement entered April 6, 2023, to the Court of Appeals for the First Circuit.

Respectfully submitted,
LOUIS D. COLEMAN, III
By his attorneys,

/s/ Jane Peachy
Jane Peachy
 B.B.O. No. 661394
Federal Defender Office
51 Sleeper Street
Boston, MA  02210
Tel: 617-223-8061

/s/David P. Hoose
David P. Hoose
 B.B.O. No. 239400
Sasson, Turnbull, Ryan & Hoose
100 Main Street
Northampton, MA 01060
Tel: 413-586-4800 Ext. 107

Certificate of Service

I, Jane Peachy, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on April 8, 2023.

/s/ Jane Peachy
Jane Peachy