UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>LOUIS D. COLEMAN, III,<br><br>Defendant. | Criminal No. 19-10113-FDS |

**ASSENTED TO MOTION FOR LIMITED UNSEALING OF SEALED AND REDACTED TRANSCRIPTS, PLEADINGS, AND EXHIBITS AND FOR PROTECTIVE ORDER**

Louis D. Coleman, III, through undersigned counsel, moves for the limited unsealing of all sealed and redacted transcripts, pleadings, and exhibits to allow appellate counsel to make them available to Mr. Coleman, and for entry of the protective order attached hereto.

In support of this motion, undersigned counsel states the following:

1. Mr. Coleman's conviction and sentence in this case is currently on direct appeal.

2. Mr. Coleman is represented by appointed counsel from the Federal Public Defender's Office.

3. Some of the transcripts, pleadings, and exhibits in this case were sealed. Others are publicly available only in a redacted format.

4. On June 2, 2022, this Court granted Mr. Coleman's motion for a limited unsealing of the transcripts so that counsel could access them. D.E. 358.

5. To effectively represent Mr. Coleman on appeal, counsel needs to confer with Mr. Coleman about the entirety of the case. This includes material that has been sealed and/or redacted. In order to communicate effectively, Mr. Coleman needs access to all of the transcripts, pleadings, and exhibits, including those that have been sealed and/or redacted.

1

6. Mr. Coleman requests a limited unsealing to allow appellate counsel to send Mr. Coleman complete and unredacted copies of all of the sealed and redacted transcripts, pleadings, and exhibits.

7. The sealed and redacted transcripts, pleadings, and exhibits would remain sealed or redacted for all other purposes.

8. Counsel has conferred with the government. It assents to this motion as long as it is accompanied by the attached, proposed protective order. Counsel for Mr. Coleman assents to the entry of this protective order.

Accordingly, Mr. Coleman asks this Court to enter an order permitting appellate counsel to provide Mr. Coleman with complete and unredacted copies of all of the sealed and redacted transcripts, pleadings, and exhibits in this case and to enter the attached protective order.

LOUIS D. COLEMAN, III
By his Attorney,

/s/ Jane Peachy
Jane Peachy
 B.B.O. No. 661394
Federal Defender Office
51 Sleeper Street
Boston, MA  02210
Tel: 617-223-8061

**CERTIFICATE OF SERVICE**

I, Jane Peachy, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on May 26, 2023.

/s/ Jane Peachy
Jane Peachy