UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.   )<br>)   CASE NO. 1:19-CR-10113-001-FDS<br>LOUIS D. COLEMAN,   )<br>Defendant.   ) | |

## NOTICE OF ATTORNEY APPEARANCE

Please enter the appearance of the undersigned as counsel for the United States of America in the above-captioned matter.

Respectfully submitted,

UNITED STATES OF AMERICA
By its attorneys,

JOSHUA S. LEVY
Acting United States Attorney

By:   /s/ Alexandra W. Amrhein
ALEXANDRA W. AMRHEIN
Assistant United States Attorney
One Courthouse Way Suite 9200
Boston, MA 02210
Tel. No. (617) 748-3100
Fax No. (617) 748-3972
Alexandra.Amrhein@usdoj.gov

Date: January 25, 2024

## CERTIFICATE OF SERVICE

I hereby certify that on January 25, 2024, this document was filed through the ECF system and sent electronically to any registered participants.

Date:  January 25, 2024           /s/ Alexandra W. Amrhein
ALEXANDRA W. AMRHEIN
Assistant United States Attorney