

March 25, 2024

United States District Court
ATTN: Clerk
John Joseph Moakley US Courthouse
1 Courthouse Way, Suite 2300
Boston, MA 02210

Re: U.S. v. Louis D. Coleman
Case No: 1:19-CR-10113-001-FDS

Dear Sir/Madam:

    Enclosed herewith please find the supplemental Answer of Garnishee to the original Answer of Garnishee dated March 12, 2024.

    Please note that Fidelity Investments is a trade name for a group of separate but affiliated companies. Fidelity Workplace Services LLC ("Fidelity") previously provided administrative recordkeeping services for the Raytheon Savings and Investment Plan, which at the time of that service, were subject to both the provisions of the Internal Revenue Code of 1986, as amended ("Code") and the Employee Retirement Income Security Act of 1974, as amended ("ERISA"). These services were provided in accordance with the terms of the Plan documents and were based on administrative procedures that were established at the direction of the Plan sponsor, RTX Corporation.

    Please contact me should you have any questions regarding this matter at WHCGRgulatoryMatters@fmr.com.

    Very truly yours,

Ian Ackerman
Compliance Analyst

Enclosures
cc: Louis D. Coleman
    Jane F. Peachy, Esq
    David P. Hoose, Esq
    Alexandra W. Amrhein, Assistant U.S. Attorney

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA
Plaintiff,

CASE NO. 1:19-CR-10113-001-FDS

vs.

LOUIS D. COLEMAN,
Defendant

and

FIDELITY INVESTMENTS,
On behalf of Raytheon Technologies,

Garnishee

## ANSWER OF GARNISHEE

1. Ian Ackerman, being duly deposed says as follows:

2. I am an employee of Fidelity Investments, and my official title is Compliance Analyst.

3. The following is a supplemental Answer of Garnishee to the previous answer dated March 12, 2024, and is provided in lieu of the form answer provided by the Plaintiff.

4. Please note that Fidelity Investments is a trade name for a group of separate but affiliated companies. Fidelity Workplace Services LLC ("Fidelity") previously provided administrative recordkeeping services for the Raytheon Savings and Investment Plan, which at the time of that service, were subject to both the provisions of the Internal Revenue Code of 1986, as amended ("Code") and the Employee Retirement Income Security Act of 1974, as amended ("ERISA"). These services were provided in accordance with the terms of the Plan documents and were based on administrative procedures that were established at the direction of the Plan sponsor, RTX Corporation (aka Raytheon Technologies).

5. On or about March 15, 2024, Fidelity received a second Application for Writ of Garnishment. Fidelity previously received a garnishment relative to the Defendant, dated February 13, 2024 (same case number) and mailed an Answer to the court March 12, 2024.

6. This supplemental Answer of Garnishee is provided informing the court that the previous response dated March 12, 2024, was accurate in that the Defendant was reflecting as terminated and having an account balance of $0.00.

7. Fidelity was the administrative recordkeeper for the Raytheon Savings and Investment Plan, however the Plan deconverted from Fidelity as of January 7, 2022. Any questions and/or inquiries regarding the Defendant's current possession or control of funds or property should be addressed to the new recordkeeper, Alight.

8. Fidelity mailed a copy of this Answer by first-class mail on March 25, 2024 to (1) the United States District Court, John Joseph Moakley United States Courthouse, 1 Courthouse Way, Suite 2300, Boston, MA 02210 and (2) the defendant, Louis D. Coleman (09325-015), USP Victorville, U.S. Penitentiary, P.O. Box 3900, Adelanto, CA 92301 and (3) David P. Hoose, Esq., Sasson, Turnbull, Ryan, & Hoose, 100 Main Street, 3rd Floor, North Hampton, MA 01060 and (4) Jane F. Peachy, Esq., Federal Public Defenders Office, 51 Sleeper Street, 5th Floor, Boston, MA 02210 and (5) U.S. Attorney's Office, Asset Recovery Unit, John Joseph Moakley United States Courthouse, Attn.: Alexandra W. Amrhein, Assistant U.S. Attorney, 1 Courthouse Way, Suite 9200, Boston, MA 02210.

Ian Ackerman
Compliance Analyst

STATE OF KENTUCKY

State of KY

County of Kenton

On this day, before me, the undersigned notary public, personally appeared Ian Ackerman, proved to me through satisfactory evidence of identification, which were personal knowledge of identity, to be the person whose name is signed on the preceding document, and acknowledged to me that she signed it voluntarily for its stated purpose.

In Witness Whereof, I hereunto set my hand and serial number.

_____
Notary Public

Nov 1, 2025
My Commission Expires

LAURA HEDGES
Notary Public
Commonwealth of Kentucky
Commission Number KYNP39579
My Commission Expires Nov 1, 2025